UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN DOLCE,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 16-cv-01142-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 2, 2016**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 8, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: September 23, 2016

_____
Richard Seeborg
United States District Judge