Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542
Attorney for Plaintiff, Kathleen Dolce

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN DOLCE, | CASE NO. c16-1142 RS |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: October 24, 2016

| Law Office of P. Randall Noah | Gordon & Rees LLP |
|---|---|
| By: /s/ P. Randall Noah | By: /s/ Jordan S. Altura |
| P. Randall Noah, | Jordan S. Altura |
| Attorney for plaintiff, | Attorney for defendant, |
| Kathleen Dolce | AETNA Life Insurance Company |

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: 10/24/16        By: /s/ Richard Seeborg
                           Judge United States District Court